**Electronically Filed
Supreme Court
SCWC-16-0000883
14-JAN-2019
11:03 AM**

SCWC-16-0000883

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

STACIE L. MENDEZ, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000883; CASE NO. 1DTC-16-018453)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Stacie L. Mendez's application for writ of certiorari filed on December 3, 2018, is hereby rejected.

DATED: Honolulu, Hawai'i, January 14, 2019.

/s/ Mark E. Recktenwald
/s/ Paula A. Nakayama
/s/ Sabrina S. McKenna
/s/ Richard W. Pollack
/s/ Michael D. Wilson

